

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME MONZON-SILVA,<br><br>Defendant | Case No.: 18CR1804-LAB<br><br>ORDER REGARDING NON-DISCLOSURE |

The Court has reviewed the United States' Ex Parte Application for Order Directing Disclosure or Non-Disclosure of Certain Information.

IT IS ORDERED that the information discussed in paragraphs 15, 16 and 17 of the Application need not be disclosed to defendant Jaime Monzon-Silva pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and Federal Rule of Criminal Procedure 16.

IT IS FURTHER ORDERED that the Ex Parte Application shall be sealed until further court order.

/ /

1  IT IS FURTHER ORDERED that this Order shall not be sealed, and a copy shall
2  be provided to defendant Jaime Monzon-Silva's counsel.

DATED: April 23, 2018

_____
THE HONORABLE LARRY ALAN BURNS
United States District Judge